```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

SHANA L. GARNER                                        PLAINTIFF

    v.                    CIVIL NO. 12-2329

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                         DEFENDANT

## O R D E R

On this 1st day of April 2014, the court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. For reasons set forth in the report and recommendation (doc. 20) filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on March 12, 2014, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $3,960.75.

    IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          HONORABLE ROBERT T. DAWSON
                          UNITED STATES DISTRICT JUDGE
```

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.